# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Roshan SHAH<br>DOB: xx/xx/2004<br><br>*Defendant(s)* | )<br>)<br>)   Case No. 25-966M(NJ)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 17, 2025 to August 4, 2025   in the county of   Waukesha   in the   Eastern   District of   Wisconsin  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 1956(a)(1)(B)(i) and (h) | Conspiracy to commit concealment money laundering |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Harleen Kaur, Special Agent - HSI
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 8/7/2025

*Judge's signature*

City and state:   Milwaukee, Wisconsin      Honorable Nancy Joseph, U.S Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Harleen Kaur, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. Based on my training, experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Section 1956(a)(1)(B)(i) & (h), conspiracy to commit concealment money laundering have been committed by individuals Roshan SHAH (05/04/2004) and other individuals known and unknown.

2. I am presently employed as a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI), assigned to the Resident Agent in Charge Office in Milwaukee, Wisconsin, where I have been assigned to investigate crimes such as financial crimes involving elder abuse, telemarketer scams, impersonation of public official scams, etc. I have served as a federal agent as a Special Agent with HSI since September 11, 2022. Prior to that, I was employed with Immigration and Customs Enforcement from May 2017 to September 2022. Prior to that, I was employed with United States Citizenship and Immigration Services from January 2013 until May 2017.

3. During my tenure as a Special Agent, I have completed approximately more than 800 hours of instruction at the Federal Law Enforcement Training Center in Glynco, Georgia (FLETC); of which the curriculum consisted of financial fraud, narcotics, human trafficking, illegal arms export, child exploitation, etc. Prior to my tenure as a Special Agent, I have worked as a Deportation Officer, responsible for investigating criminal and administration immigration violations of Title 8 U.S.C. statues. Prior to my career as a Deportation Officer, I worked in the capacity of an Immigration Adjudications Officer with Fraud Detention and National Security. My work experience consisted of conducting administrative and criminal investigations that involved

marriage fraud, business fraud, and various types of fraud under Title 8 of the Immigration and Nationality Act.

4. This affidavit is based upon my personal knowledge and upon information reported to me by other federal and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies.

5. This affidavit is being submitted in support of an application for an arrest warrant for Roshan SHAH. There is probable cause to believe that SHAH violated Title 18, United States Code, Section 1956(a)(1)(B)(i) & (h), conspiracy to commit concealment money laundering with the specified unlawful activity of wire fraud in violation of Title 18 U.S.C. § 1343.

6. The information contained within this affidavit is based on my personal knowledge, training and experience, as well as the information provided to me by other law enforcement officers assisting with this investigation. I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the arrest of SHAH.

**PROBABLE CAUSE**

7. The United States, including Homeland Security Investigations (HIS) is conducting a criminal investigation of Roshan SHAH and others regarding possible violations of Title 18, United States Code, Section 1956(a)(1)(B)(i) & (h) (conspiracy to commit concealment money laundering) and other crimes. The investigation has revealed that a conspiracy to defraud multiple elderly victims out money (and then transport and conceal those wire fraud proceeds) is operating in Wisconsin, Florida, Arizona, and other locations.

8. On August 4, 2025, New Berlin Police Department contacted Homeland Security Investigations Resident-in-Charge (RAC) Milwaukee for assistance with an interview of Roshan SHAH, (DOB: 05/04/2004), who was in the custody of New Berlin Police Department for attempting to pick up 53 gold coins[1] approximately 1 ounce each from elderly victims residing in New Berlin, WI.

9. Prior to the interview, HIS agents conducted law enforcement record checks for SHAH and found the following:

   a. SHAH is an Indian national residing in Ontario, Canada at 23 Albert St. E, Sault Ste Marie, Ontario, Canada P6A2H7.

   b. SHAH entered the United States at Orlando International Airport on June 17, 2025, on a B-2, nonimmigrant visa. The address observed on his arrival record was 7100 Orange Blossom Trail, Mall, FL, 32809.

**BACKGROUND OF NEW BERLIN, WI POLICE DEPARTMENT INVESTIGATION**

10. On July 30, 2025, Victim 1 and his wife lodged a fraud complaint at the New Berlin Police Department, stating that they had been speaking with an unknown individual that purported himself to be "Special Agent David E. FREEMAN" with the Department of Treasury.

11. On June 11, 2025, Victim 1 was browsing the internet on an electronic device and received a pop-up message stating their "Microsoft Defender" had a major problem on their computer and was advised to contact Microsoft at 754-233-0860 for support. Victim 1 called the telephone number for support and spoke with FREEMAN.

---

[1] The price of one ounce of gold on August 4, 2025, was approximately $3,363. 53 one-ounce gold coins had an approximate value of $178,239.

12. FREEMAN advised Victim 1 that he was the victim of a massive scheme that involved multiple victims and suspects throughout the United States.

13. To safeguard Victim 1's money, FREEMAN requested numerous personal identifying information from Victim 1. FREEMAN also sent Victim 1 a photograph of his badge and credentials. To safeguard Victim 1's assets, FREEMAN advised that they must transfer Victim 1's money to a safety deposit box opened in their name, Box #6766, which would be located at the George W. Bush Federal Building in Washington, D.C.

14. Between the dates of June 11, 2025 and July 30, 2025, Victim 1 liquidated $526,095.40 of the couple's funds from various investment accounts. Victim 1 utilized the liquidated funds to purchase $526,095.40 in one ounce gold Maple Leaf coins from Wisconsin Precious Metals in Lake Geneva, Wisconsin. On July 1, 2025, Victim 1 purchased 64 one ounce gold Maple Leaf coins with a total value of $217,408.00. Victim 1 packaged the coins in a box and addressed them to his safety deposit box.

15. On July 7, 2025, the package was picked up at their residence by an unknown courier that arrived in a dark blue or black Audi sedan.

16. Between the dates of July 8, 2025, and July 18, 2025, there were two other pick-ups of old coins from unidentified couriers; the value of all three pickups totaled approximately $526,095. FREEMAN and another "Special Agent BESSENT" from the Department of Treasury would provide Victim 1 with a password to provide to the courier.

17. Victim 1 was advised by BESSENT to conduct a fourth pick-up of 53 gold coins one ounce each on August 4, 2025. At this time, knowing that he had been defrauded, he contacted New Berlin PD.

4

18. On August 4, 2025, New Berlin PD conducted an arrest operation at Victim 1's residence and arrested Roshan SHAH after the exchange of the box containing sham gold. An unidentified individual pulled up to the victim's residence in a Black Honda Civic bearing Indiana license plate, FL184ADK. The courier provided the password to the victim. Victim 1 placed the box containing sham gold on the front seat of the passenger side from the window and retreated back into his residence. The courier drove off. Law enforcement arrested the courier and identified him as Roshan SHAH, DOB 05/04/2004. SHAH was brought back to the New Berlin Police Department for an interview.

19. During the post-mirandized interview, SHAH gave consent to search his phone and identified his co-conspirators. SHAH stated that he was working with individuals known as, "Montu" and "Pintu PATEL". SHAH stated that he was born in India and is in Canada on a student visa. SHAH stated that he entered the United States earlier in June 2025 for the purpose of making money by picking up boxes of cash and gold. SHAH stated that he does not have any family or friends in the United States.

20. SHAH stated that he is instructed by "Montu" and "PATEL". They provide SHAH with the addresses of the victims and the dollar amount to be picked up. They also instruct SHAH with the drop off locations for the boxes containing fraud proceeds.

21. SHAH stated that he receives between $2,000 to $4,000 per pick up. SHAH stated that he is instructed to send "Montu" and "PATEL" check-ins every 30 minutes of his movements while he is en route to pick up fraud proceeds. SHAH stated that since the time he entered the

United States, he has conducted approximately 10 pick-ups throughout the United States, including Florida, Colorado, Arizona, and currently Wisconsin.

22. HSI and New Berlin reviewed SHAH's phone with him and observed WhatsApp messages dating back to June 16, 2025, with "Montu" and "PATEL". Instructions were provided by the two co-conspirators with victim's zip codes, addresses, and dollar amount to be picked up as well as drop-off locations. Observed in the WhatsApp messages were screenshots of Google Maps, consistently providing an ETA update to "Montu" and "PATEL".

23. "Montu" repeatedly messaged instructions that SHAH should use a pseudonym when conducting these pickups. SHAH discussed one of these messages in his interview.

24. After every pickup, SHAH had to send a video of himself opening the package to his handlers. After one of the pickups (four, one-kilogram gold bars in Arizona on July 8, 2025), he sent a picture of a handwritten piece of paper that said:

> To:
> Board of Treasury
> Navin Barot
> 2506
> Case ID # FTC-00201XR
> Locker ID# 19DEA

25. Additionally, on July 25, 2025, he picked up a box of fraud proceeds that had a printed piece of paper taped to it that stated "US Department of Treasury Address- 1500 Pennsylvania Ave., NW Washington, DC 20220".

## **CONCLUSION**

26. Based on the above information, there is probable cause to believe that SHAH, FREEMAN, BESSENT, and others unknown violated SHAH violated Title 18, United States Code, Section 1956(a)(1)(B)(i) & (h), conspiracy to commit concealment money laundering.