# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

**ROSHAN SHAH**

**SENTENCING MINUTES**

Case No. 25-cr-0161-bhl

---

HONORABLE BRETT H. LUDWIG presiding
Proceeding Held: July 27, 2026
Deputy Clerk: Julie D.

Time Called: 10:04 a.m.
Time Concluded: 11:04 a.m.
Court Reporter: J. Stake

**Appearances:**

UNITED STATES OF AMERICA by:     Zachary Corey & Peter Smyczek

ROSHAN SHAH in person and by:     Alexandra Douglas

U.S. PROBATION OFFICE by:     James Fetherston

---

☒ The parties have no objections to the factual statements in the PSR.

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant

☐ The parties have no objections to the application of the guidelines in the PSR.

☒ Objections/corrections to application of guidelines by ☐ Plaintiff ☒ Defendant
PSR ¶37: defendant argues that he is entitled to a 2-level reduction under USSG §3B1.2(b) because he played a minor role in the money laundering scheme and is substantially less culpable than his co-conspirators.
The Court overruled the objection and noted that the Court's final sentence will not be impacted by this ruling.

☒ The Court adopts the factual statements and guideline application as set forth in the PSR.

---

☒ The government presents sentencing argument: low-end of the guidelines
☒ Defendant exercises right of allocution.

☒ The defendant presents sentencing argument: time served (detained since 8/5/2025)
☒ The Court imposes sentence.
☒ Defendant advised of appeal rights.

---

The government moved for an additional one-level decrease pursuant to U.S.S.G. §3E1.1(b) because the defendant timely notified authorities of his intention to enter a plea of guilty. The Court granted the motion.

The Court addressed whether USSG §3A1.1 enhancement should be applicable. The government and defense counsel argued that it is not applicable. The Court did not apply the enhancement.

**SENTENCE IMPOSED:**

**Imprisonment: 48 months**

**Supervised Release: 3 years**

**MONETARY PENALTIES**

**Special Assessment:** $ 100.00      due immediately

**Fine:** $ _____ ☒ fine waived

**Restitution:** $ 4,228,251.24 ☐ determination deferred

**CUSTODY**

☒ The defendant is remanded to the custody of the U.S. Marshal Service.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.

☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Conditions of Supervision** set forth in the presentence investigation report without change.